OLNEY C. CARPENTER *v.* JAMES M. CARPENTER & others.

In ejectment to recover possession of lands mortgaged to the plaintiff, it appearing by the defendants' plea, that the mortgage was given to secure the payment of a promissory note the principal sum of which was payable at the end of four years, but the interest *annually*, *it was held*, that the condition of the mortgage was broken by the non-payment of the annual interest for three years, although the principal sum was not due; and that conditional judgment for possession must be entered up for the plaintiff, in conformity to sect. 7, ch. 189, of the Revised Statutes.

EJECTMENT to recover lands in Glocester. One of the pleas was, that the plaintiff's title was by mortgage executed to him by the defendants, on the seventh day of April, 1857, with condi-

tion to pay a promissory note of $400 at the end of four years, *with interest payable annually.*

*Brownell,* for the defendants, objected to a conditional judgment for the plaintiff, upon the ground, that although three years' interest was due under the mortgage, the principal sum was not due, and so the condition of the mortgage was not broken.

THE COURT, however, held the condition of the mortgage to be equally broken by the non-payment of interest, stipulated to be paid annually, as it would be by the non-payment of the principal when due ; and ordered conditional judgment for possession to be entered up, in conformity with the provisions of the 7th sect. of ch. 189 of the Rev. Stats.